# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROUNDTREE COVINGTON, L.L.C., ET AL

VERSUS

CAR ROU LA KIA L.L.C.

NO.  2023 CW 0034

**MARCH 27, 2023**

---

In Re:   Roundtree Covington, L.L.C., Roundtree Automotive Group, L.L.C., Frank Stinson, and Brenda Stinson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202213756.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT